UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 3:15-cr-201 (VAB) |
| vs. : | |
| : | |
| HUGO TEJEDA : | |
| : | |

**ORDER REGARDING DEFENDANT'S COMPETENCY EVALUATION AND TREATMENT**

On July 20, 2016, Defendant Hugo Tejeda pleaded guilty to a lesser included offense of Count Four of an Indictment charging him with Possession with Intent to Distribute and Distribution of Heroin, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B). *See* Agreement, ECF No. 71. On August 26, 2016, Mr. Tejeda, through his counsel, requested a psychiatric evaluation to aid in sentencing. *See* Motion, ECF No. 82.

The Court finds that there is a significant issue as to whether Mr. Tejeda is suffering from a mental disease or defect rendering him incompetent, to the extent that he would be unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, such that further review of his competency is warranted.

IT IS THEREFORE ORDERED that, under 18 U.S.C. §§ 4241(a) and 4241(d), Mr. Tejeda be committed to the custody of the Attorney General for purposes of hospitalization and treatment at a suitable facility.

IT IS FURTHER ORDERED that such commitment shall be for a reasonable period, not to exceed four months, as is necessary to determine whether he is competent and, if not, whether there is a substantial probability that, in the foreseeable future, he will attain the capacity to permit the proceedings to go forward. 18 U.S.C. §§ 4241(a) and 4241(d)(1). This commitment shall also be subject to an additional reasonable period of time upon a sufficient showing that he will attain the

1

capacity to permit proceedings to go forward, or the pending charges against him are disposed of according to law. *Id.*

IT IS FURTHER ORDERED that, at the conclusion of evaluation and treatment, a report reflecting the results of the mental competency evaluation shall be prepared and submitted to the Court.

While Mr. Tejeda has entered a guilty plea, the Court notes that, under 18 U.S.C. § 3161(h)(1)(A), the period of time from his motion for a competency evaluation on August 26, 2016, to the entry of an order regarding Mr. Tejeda's competency is EXCLUDED for the purposes of the Speedy Trial Act.

SO ORDERED at Bridgeport, Connecticut this 12th day of April, 2017.

/s/ Victor Bolden
VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE